# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0473

VERSUS

JERMAINE GIBSON

**MAY 18, 2023**

---

In Re:     State of Louisiana, applying for supervisory writs,
           23rd Judicial District Court, Parish of Ascension, No.
           45803.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**STAY LIFTED. WRIT DENIED.**

                         **JMG**
                         **EW**
                         **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT